# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Barbara Delia, individually, ) | C/A No.: 2:22-cv-3332 DCN |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| -vs- ) | |
| ) | |
| Crooked Creek Stores, LLC, a limited ) | |
| liability company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court upon defendant's motion to dismiss this case as moot and for summary judgment against plaintiff's claims for costs and attorney's fees. This motion was filed on October 16, 2023. It appears from the record that there has been nothing filed in opposition to this motion. It is therefore

**ORDERED,** that defendant's motion to dismiss this case and for summary judgment against plaintiff's claims for costs and attorneys fees is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

December 6, 2023
Charleston, South Carolina